UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61249-CIV-DIMITROULEAS

JOHN MARINCOLA, on his own
behalf and others similarly situated,

    Plaintiff,

vs.

ADVANTAGE HOME LOAN, LLC, a Limited
Liability Corporation f/k/a ADVANTAGE
HOME LOAN CORPORATION,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT AGAINST
DEFENDANT ADVANTAGE HOME LOAN, LLC,
F/K/A ADVANTAGE HOME LOAN CORPORATION**

THIS CAUSE is before the Court upon the granting of Plaintiff's Motion for Default Final Judgment herein on December 17, 2008.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Judgment is hereby entered in favor of Plaintiff John Marincola and against Defendant Advantage Home Loan, LLC, f/k/a Advantage Home Loan Corporation.

2) Plaintiff shall recover of the Defendant as follows:

    a. Plaintiff John Marincola shall recover $2,065.88 in unpaid compensation.

    b. Plaintiff John Marincola shall recover $2,065.88 in liquidated damages.

    c. Plaintiff John Marincola shall recover $2,830 in unpaid commissions.

    d. Plaintiff John Marincola shall recover $2,490.00 in attorney's fees and $388.00 in costs.

3) Post-judgment interest is payable on all the above amounts allowable by law at the statutory rate of 0.50%, from the date this judgment is entered until the date this judgment is paid.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Kelly A. Amritt, Esq.

Advantage Home Loan, LLC
f/k/a Advantage Home Loan Corporation
c/o Calvin Ross, registered agent
500 W. Cypress Creek Blvd.
Ft. Lauderdale, FL 33309